David Madrigal #1111-4151
Name

2000 Cibola Loop
Address
Cibola county correctional center
milan, NM 87021

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 01 2022

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

David Madrigal, Plaintiff
(Full Name)

CASE NO. 22-821 DHU-KBM
(To be supplied by the Clerk)

v.

, Defendant(s)

Cibola County Corr./CCA

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

A. JURISDICTION

1) David Madrigal, is a citizen of New Mexico
   (Plaintiff)                              (State)
   who presently resides at Cibola County Correctional Center
                            (Mailing address or place of confinement)
   2000 Cibola Loop Milan, NM 87021

2) Defendant Cibola County correctional center is a citizen of
            (Name of first defendant)
   Milan, NM New Mexico , and is employed as
   (City, State)
   Correctional center. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☐  No ☑  If your answer is "Yes", briefly explain:

XE-2   2/78        CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant __L.t Colt /S.I.S__ is a citizen of
(Name of second defendant)
__2000 Cibola loop Milan, NM 87021__, and is employed as
(City, State)
__Correctional Center / C.C.A__ At the time the claim(s)
( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☐  No ☒    If your answer is "Yes", briefly explain:




(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)




## B. NATURE OF THE CASE

1) Briefly state the background of your case.

2015 I was filmed by A&E On Behind Bars Rookies Season 2 Episode 6 "Mind Games" without my consent. This segment went viral. In State prison I was placed in R.P.P. Due to my safety of film. 2020 I get to federal holding in Milan Sgt. Nelson does intake/Classification I told Sgt Nelson about film and requested P.C. She failed to to put me in my right classification 2020 June were issued tablets with apps. 2021 the film gets played on A&E as A rerun and several inmates and C.o staff recognize me and tattos from film. Middle 2021 on tablet "plato app" Under Catagory Crime 360. ~~the skills~~ The film started to surface, Now the film starts becoming the talk of the ferderal holding facility. I let Capt. Snograss know about the film and me goin to p.c. I was told to talk with Lt. Colt therefore I did, an know action was taken I had got Jumped by three individuals due to film I have Screens shots taken by family and I have facial injuries. Late Dec. I had got Jumped by 20 inmates and Stabbed nine times medical and S.I.S have pics of injures. I got stabbed once on left thigh (once) on stomach, ③ times on left hand, (1) by left eye ③ times in the back XE- 2/7 due to film. -2-
of my head

# C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: Equal/pertection rights, be free from neglaints and ASSUlt. and To Be free From Dilberit Inderigence. The Rgvt To Aqqueted medical CAre Within A Timily mAnner.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.) Lt. Colt. /S/S 2022. oct Lt. Snoigrass 2022 Nov. Capt Ruther 2022

B)(1) Count II: Dilberate Indifference

(2) Supporting Facts: Stay Tack With Administration, Incident Is On an app On tablet. C.O.'s Aware of factors And wilingly and knownly unlawly placed me in danger but not removing it and placing me in a situation to ware I was in amidiate danger and suffered life threating injuries.

XE-2 2/78                        -3-

C)(1) Count III: Physical Assualted life threatening injures /metal anguish, pain and suffering, ~~header~~
- medical negilgents,

(2) Supporting Facts:
Medical records, P.H.O and Camera footage and S.I.S pictures ~~ATTN: Superior~~ ATTN: "Sapeena"

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☒   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.
      Plaintiffs: NA
      Defendants: NA

   b) Name of court and docket number: NA

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? NA

   d) Issues raised: NA

e) Approximate date of filing lawsuit: N/A

f) Approximate date of disposition: N/A

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☐ No ☒ If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

## E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$9,999,999 CASH and a sentence reduction

_____    _____
Signature of Attorney (if any)                Signature of Petitioner

Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at 2600 Cibola Loop mialh NM 87021 on 10-19 2022
  (Location)                                        (Date)

X [signature]
  (Signature)

David Madrigal #1111-4151  
Cibola County Correctional Center  
P.o. box 3540  
Milan, NM 87021

LEGAL  
MAIL

District of New Mexico  
office of the clerk suite 270  
333 lomas Blvd. NW  
Albuquerque New Mexico 87102

**RECEIVED**  
UNITED STATES DISTRICT COURT  
ALBUQUERQUE, NEW MEXICO  
NOV 01 2022  
MITCHELL R. ELFERS  
CLERK