**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

DAVID MADRIGAL,

    Plaintiff,

v.                                             No. 22-cv-0821 DHU-KBM

FNU COLT, *et al*,

    Defendants.

**ORDER GRANTING *IN FORMA PAUPERIS* APPLICATION**

This matter is before the Court on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2).   Plaintiff's financial information reflects he is unable to prepay the $402 filing fee for his prisoner civil rights complaint.   The Court will therefore grant the Motion, which reduces the fee to $350, and allow Plaintiff to pay in installments.   *See* 28 U.S.C. § 1915(b). Plaintiff must make an initial partial payment of "20 percent of the greater of …[his] average monthly deposits … or (B) the average monthly balance" for the six-month period immediately preceding this action.   *Id.*

Plaintiff's average deposits equal $68.33 and exceed his average monthly balance.   *See* Doc. 2.   The Court will assess an initial payment of $13.67 (which is 20% of the average deposits) pursuant to § 1915(b)(1)(A).   After payment of the initial partial fee, Plaintiff is "required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account."   28 U.S.C. § 1915(b)(2).   The Court will generally not address the merits of Plaintiff's claims unless the initial partial payment is paid or excused.   If Plaintiff fails to timely make the initial partial payment, his complaint may be dismissed without further notice.

**IT IS ORDERED** that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (**Doc. 2**) is **GRANTED**;

**IT IS FURTHER ORDERED** that, within thirty (30) days from entry of this order, Plaintiff shall send to the Clerk an initial partial payment of **$13.67**;

**IT IS FURTHER ORDERED** that the Clerk is directed to provide Plaintiff with two copies of this order, and that Plaintiff make the necessary arrangements to attach one copy of this order to the check in the amount of the initial partial payment;

**IT IS FINALLY ORDERED** that, after payment of the initial partial fee, Plaintiff make monthly payments of twenty percent (20%) of the preceding month's income credited to his account or show cause why the designated payments should be excused.

_____
UNITED STATES MAGISTRATE JUDGE

2