**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**DAVID MADRIGAL,**

     **Plaintiff,**

**v.**                                                                    **No. 1:22-CV-00821-DHU-KBM**

**CIBOLA COUNTY CORRECTIONAL**
**CENTER, et al.,**

     **Defendant.**

**ORDER OF REFERENCE RELATING TO**
**PRO SE PRISONER CASES**

Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Virginia Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to the Federal Magistrate Judge to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1). Objections shall be filed within fourteen (14) days after being served with a copy of the proposed disposition.

_____
HON. DAVID H. URIAS
UNITED STATES DISTRICT JUDGE