

22cv821 DHU-KBM
Doc 3

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

David Madrigal, 11114151
Cibola County Correctional Center
P.O. BOX 3540
Milan, NM 87021, US

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 14 2022
MITCHELL R. ELFERS
CLERK

US POSTAGE — PITNEY BOWES
ZIP 87102
02 4W
0000389187 NOV 03 2022
$ 000.57⁰

NIXIE        971   NE   1        0024/12/22
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 87102227470        *1755-01562-04-15

87021#3540 B007