22CV821 DMW-KBM
DOC#4

David Madrigal, 1114151
Cibola County Correctional Center
P.O. BOX 3540
Milan, NM 87021, US

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

gone

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 28 2022

MITCHELL R. ELFERS
CLERK



US POSTAGE PITNEY BOWES
ZIP 87102
02 4W
0000389187 NOV 14 2022
$ 000.57⁰