IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID MADRIGAL,

     Plaintiff,

v.                                                No. 22-cv-821 DHU-KBM

CIBOLA COUNTY
CORRECTIONAL CENTER, *et al*,

     Defendants.

**<u>ORDER OF DISMISSAL</u>**

This matter is before the Court following Plaintiff's failure to pay the initial partial filing fee in connection with his Civil Rights Complaint (Doc. 1). Plaintiff was incarcerated when he filed his case and is proceeding *pro se.* By an Order entered November 3, 2022, the Court granted leave to proceed *in forma pauperis* and directed Plaintiff to make an initial partial payment of $13.67 within thirty days. *See* Doc. 3. Such payment is required by statute. Section 1915(b) of Title 28 requires inmates to make an initial partial payment equal to 20% of their average monthly deposits or average monthly balance, whichever is greater. The Order warned that if Plaintiff fails to timely make the payment, the case may be dismissed without further notice.

The payment deadline was December 3, 2022. Plaintiff did not comply, and the Order was returned as undeliverable with the notation "Gone." Doc. 5. Plaintiff was released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6. For these reasons, the Court will dismiss this action pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003). This dismissal is without prejudice to refiling, and it does not count as a "strike"

for purposes of the three-strike rule under 28 U.S.C. § 1915(g).  *See Carbajal v. McCann*, 808 Fed. App'x 620, 629 (10th Cir. 2020) (addressing the three-strike rule and distinguishing procedural dismissals under Rule 41(b) from screening dismissals for failure to state a claim).

**IT IS ORDERED** that Plaintiff's Civil Rights Complaint (**Doc. 1**) is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b); and the Court will enter a separate Judgment disposing of this civil case.

_____
UNITED STATES DISTRICT JUDGE